COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA GAME COMMISSION,
    Petitioner

v.

THOMAS E. PROCTOR HEIRS TRUST, under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879, its successors and assigns,
    Respondent