

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

March 30, 2022

Appellate Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Office of the Clerk
Patricia S. Dodszuweit
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:   *Pa. Game Commission v. Thomas E. Proctor Heirs Trust*, No. 22-8007

Dear Ms. Dodszuweit:

In accordance with this Court's order of March 24, 2022, I write to inform you that the Pennsylvania Game Commission has paid the filing fee in the above-entitled appeal. A copy of the relevant portion of the docket from the district court showing payment is attached for the Court's convenience.

Respectfully,

Michael J. Scarinci
Deputy Attorney General

CC:  All counsels of record (via ECF)

DEFJGM,LOAN,STANDARD,STAYED

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:12-cv-01567-CCC

Commonwealth of Pennsylvania, Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust
Assigned to: Chief Judge Christopher C. Conner
Cause: 28:1332 Diversity-Other Contract

Date Filed: 08/10/2012
Jury Demand: Defendant
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Commonwealth of Pennsylvania, Pennsylvania Game Commission**

represented by **Audrey J. Broucek**
Pennsylvania Game Commission
2001 Elmerton Ave
Harrisburg, PA 17110
717.787.4250
Email: abroucek@pa.gov
*TERMINATED: 10/11/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley C. Bechtel**
Pennsylvania Game Commission
2001 Elmerton Ave.
Harrisburg, PA 17110-9797
717.783.6530
Email: brbechtel@pa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C Martson**
Abom & Kutulakis, LLP
2 West High Street
Carlisle, PA 17013
(717) 249-0900
Email: wmartson@pa.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas E. Proctor Heirs Trust**
*under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879, its successors and assigns*

represented by **Brad Funari**
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
412-28803124
Email: bfunari@reedsmith.com
*TERMINATED: 10/13/2015*

*ATTORNEY TO BE NOTICED*

**Thomas Waffenschmidt**
(See above for address)
*TERMINATED: 10/03/2018*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2022 | | Receipt of payment from VALERIE CAGGIANO in the amount of $505.00 for NOTICE OF APPEAL/DOCKETING FEE. Transaction posted on 3/28/2022. Receipt number 111028276 processed by aarlidge. (jjs) (Entered: 03/29/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2022 09:12:08 | | | |
| PACER Login: | MScarinciAG | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:12-cv-01567-CCC Start date: 03/23/2022 |
| Billable Pages: | 5 | Cost: | 0.50 |